No. 509. PHILIPPO *v.* CALIFORNIA. November 12, 1934. Petition for writ of certiorari to the District Court of Appeal, 3rd Appellate District, of California, and motion for leave to proceed further herein *in forma*

*pauperis,* denied. *Mr. Pierre d'A. Philippo, pro se.* No appearance for respondent.